MICHAEL P. MEARS,
A PROFESSIONAL CORPORATION
MICHAEL P. MEARS #062113
MING OFFICE PARK
5500 MING AVENUE, SUITE 225
BAKERSFIELD, CA 93309
(661)834-1600 TELEPHONE
(661)834-0466 FACSIMILE

Attorney for KAREN CHHAN,
Claimant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $122,049.45 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1600621670, HELD IN THE NAME OF WILSON MOBIL, INC., a California Corporation, and<br><br>APPROXIMATELY $10,895.34 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1600623270, HELD IN THE NAME OF WILSON MOBIL, INC., a California Corporation,<br><br>Defendants. | Case No. 1:12-CV-00919-LJO-JLT<br><br>**CLAIM OF KAREN CHHAN UNDER RULE G(5)(a) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS** |

The undersigned, Karen Chhan, in accordance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby submits the following claim:

1

CLAIM OF KAREN CHHAN UNDER RULE G(5)(a) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

1. The specific property claimed is funds seized on January 9, 2012 in the amount of $122,049.45 from Bank of the Sierra account no. 1600621670 (seizure no. 94120021-01) and funds seized on January 9, 2012 in the amount of $10,895.34 from Bank of the Sierra account no. 1600623270 (seizure no. 94120021-02)

2. I am the owner of a fifty percent shareholder interest in Wilson Mobil, Inc., a California corporation, represented by Wilson Mobil, Inc. Share Certificate No. 4 for 750 shares, a copy of which is enclosed. It is my understanding that Wilson Mobil, Inc. is the owner of the Bank of the Sierra accounts referenced in paragraph 1, above.

On or about February 7, 2012, the Internal Revenue Service sent to me a letter indicating that I might have an ownership interest in those bank accounts. As noted above, and to the best of my knowledge, those funds are owned by Wilson Mobil, Inc. and not by me individually. In the event, however, that it is determined that I have an ownership interest in those funds as an individual, I hereby claim those funds.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: July 5, 2012                              _____
                                                KAREN CHHAN

2

CLAIM OF KAREN CHHAN UNDER RULE G(5)(a) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

<u>UNITED STATES DISTRICT COURT</u>
<u>EASTERN DISTRICT OF CALIFORNIA</u>
<u>CASE NO. 1:12-CV-00919-LJO-JLT</u>

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I, the undersigned, declare:

I am and was at the time of the service hereunder mentioned, over the age of eighteen (18) years, and not a party to the within cause. My business address is 5500 Ming Avenue, Suite 225, Bakersfield, CA 93309.

On July 6, 2012, I served a copy of the documents titled:

CLAIM OF KAREN CHHAN UNDER RULE G(5)(a) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

The manner of service was:

__X__ by mailing a copy thereof to each addressee named hereafter at the address listed below. I sealed each envelope and, with postage fully prepaid, I placed each for deposit in the United States Postal Service, at my business address shown above, following ordinary business practices; and/or

_____ by faxing a copy thereof to each addressee named hereafter pursuant to California Rules of Court, Rule 2006. The facsimile number(s) of the addressee(s) are listed below. ____ pages were transmitted and no error was reported by the machine; and/or

_____ by overnight delivery of a copy thereof to each of the addressee(s) named hereafter at the address(es) listed below. I sealed the envelope or package and placed it for collection at a designated station or other facility regularly maintained by such overnight delivery service or delivered to an authorized courier or driver authorized by such delivery service to receive documents with the delivery fees prepaid.

HEATHER MARDELL JONES
ASSISTANT U.S. ATTORNEY
UNITED STATES COURTHOUSE
2500 TULARE STREET, SUITE 4401
FRESNO, CA 93721

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 6, 2012 at Bakersfield, California.

APRIL CACHOLA