BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CV-00919-LJO-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SETTLEMENT CONFERENCE AND** |
| v. | ) | **ORDER THEREON** |
| | ) | |
| APPROXIMATELY $122,049.45 SEIZED | ) | |
| FROM BANK OF THE SIERRA | ) | |
| ACCOUNT NUMBER 1600621670, | ) | |
| HELD IN THE NAME OF WILSON | ) | |
| MOBIL, INC., a California Corporation, | ) | |
| and | ) | |
| | ) | |
| APPROXIMATELY $10,895.34 SEIZED | ) | |
| FROM BANK OF THE SIERRA | ) | |
| ACCOUNT NUMBER 1600623270, | ) | |
| HELD IN THE NAME OF WILSON | ) | |
| MOBIL, INC., a California Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Claimant Tim Tran, Karen Chhan, and Wilson Mobil, Inc. and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The parties are requesting an extension of the settlement conference set out in the Scheduling Order issued by the Court on August 2, 2012, due to the press of business. Since the time of the initial scheduling conference, counsel has preliminarily engaged in

1. discovery. The parties have not yet resolved this matter however, settlement has yet to be discussed.

2. 3. The parties stipulate to continue a formal settlement conference to May 15, 2013, at 1:30 p.m., before Honorable Magistrate Judge Thurston.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: March 8, 2013         /s/ Heather Mardel Jones
                            HEATHER MARDEL JONES
                            Assistant United States Attorney

Date: March 7, 2013         /s/ Michael P. Mears
                            MICHAEL P. MEARS
                            Attorney for Claimants Tim Tran,
                            Karen Chhan, and Wilson Mobil, Inc.

                            (Original signature retained by attorney)

### ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the current Settlement Conference date is vacated in favor of May 15, 2013 at 1:30 p.m. before Honorable Magistrate Judge Thurston.

IT IS SO ORDERED.

Dated:  **March 11, 2013**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE