# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $122,049.45 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1600621670, HELD IN THE NAME OF WILSON MOBIL, INC., a California Corporation, and<br><br>APPROXIMATELY $10,895.34 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1600623270, HELD IN THE NAME OF WILSON MOBIL, INC., a California Corporation,<br><br>                Defendants. | Case No.: 1::12-CV-00919 LJO JLT<br><br>SECOND ORDER TO CLAIMANTS TIM TRAN, KAREN CHHAN, AND WILSON MOBIL, INC. RE: CONSENT<br><br>ORDER VACATING MID-DISCOVERY STATUS CONFERENCE |

**I.  Magistrate Judge Consent**

On June 6, 2012, the Court issued its order re: "Notice of Availability of a Magistrate Judge." (Doc. 2-2) Since this time, Plaintiff has filed its consent to the jurisdiction of the Magistrate Judge. (Doc. 18)

Claimants are advised judges in the Eastern District of California carry the heaviest caseload in the nation, and the District Judges are unable to devote inordinate time and resources to individual

1

cases and matters. The Court encourages parties' counsel to consider, and if necessary, to reconsider, consent to a U.S. Magistrate Judge to conduct all further proceedings, including trial. The Magistrate Judges' availability is far more realistic and accommodating to parties than that of Judge O'Neill who must prioritize criminal and older civil cases over more recently filed civil cases.

Moreover, civil trials set before Judge O'Neill trail until he becomes available and are subject to suspension mid-trial to accommodate criminal matters. Civil trials are no longer reset to a later date if Judge O'Neill is unavailable on the original date set for trial. In addition, this Court's Fresno Division randomly and without advance notice, reassigns civil actions to U.S. District Judges throughout the nation to serve as visiting judges. Thus, in the absence of Magistrate Judge consent, this action is subject to reassignment to a U.S. District Judge from outside the Eastern District of California.

The parties and counsel are encouraged to contact the offices of United States Senators Diane Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this action.

Therefore, **within 14 days** of the date of service of this order, the Court **ORDERS** Tim Tran, Karen Chhan and Wilson Mobil, Inc. to file their form (previously provided by the Court (Doc. 2-2)) indicating they consents or declines to consent to the jurisdiction of the Magistrate Judge.

**II.    Mid-discovery status conference**

On March 27, 2013, the parties filed a joint statement indicating that discovery is proceeding appropriately.  Therefore, the mid-discovery status conference set on April 1, 2013 is **VACATED**. However, for reasons that are not explained, counsel indicate that if the matter does not settle at the May 15, 2013 settlement conference, they believe they will need an extension of the discovery period. Counsel are reminded they are obligated to diligently pursue discovery in this case and ongoing settlement efforts, generally, will not constitute good cause to amend the scheduling order.  Thus, they are strongly encouraged to plan to complete discovery within the timeframe set forth in the current scheduling order.

**ORDER**

For the foregoing reasons, the Court **ORDERS**:

1. **Within 14 days** of the date of service of this order, Tim Tran, Karen Chhan and Wilson Mobil, Inc. **SHALL** file their form (previously provided by the Court (Doc. 2-2)) indicating they consent or decline to consent to the jurisdiction of the Magistrate Judge;

2. The mid-discovery status conference, set on April 1, 2013, is **VACATED**.

IT IS SO ORDERED.

Dated:   **March 28, 2013**                              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE