BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-00919 JLT |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING ORDER DATES AND ORDER** |
| v. | |
| APPROXIMATELY $122,049.45 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1600621670, HELD IN THE NAME OF WILSON MOBIL, INC., a California Corporation, and | **(DOC 25)** |
| APPROXIMATELY $10,895.34 SEIZED FROM BANK OF THE SIERRA ACCOUNT NUMBER 1600623270, HELD IN THE NAME OF WILSON MOBIL, INC., a California Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the United States of America, claimants Tim Tran, Karen Chhan, Wilson Mobil, Inc., and their counsel of record, as follows:

On July 26, 2012, the parties to this matter submitted their Joint Scheduling Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b), along with proposed trial and pretrial deadline dates;

///

The parties now jointly agree that to facilitate and complete full discovery and disclosure of said discovery, the discovery and disclosure dates currently set forth in the Joint Scheduling Report and the Court's Scheduling Order issued pursuant thereto should be extended approximately seventy (75) days;

Due to the Court's request to continue the settlement conference date to July 5, 2013, the parties wish the engage in a meaningful settlement conference prior to the expenditures required for extensive depositions of the parties, as well as for expert discovery;

Additionally, due to the press of business with the compounded schedule of counsel and the recent sequestration by Congress has made participating in full discovery financially limiting for the United States and therefore, extended discovery is necessary to allow the United States to determine how to fully litigate this case under such compromise;

The parties have engaged in meaningful discovery and preliminary settlement discussions have commenced;

That extension of the discovery dates will not affect the trial or pre-trial motion dates set forth in the Scheduling Order;

The parties hereby stipulate that the dates set forth in the parties' Joint Scheduling Report and in the Court's August 2, 2012 Scheduling Order (Doc. 15) should be changed to the following dates:

| Discovery Event | Current Date/Deadline | Proposed New Date |
| --- | --- | --- |
| Non-Expert Discovery | May 15, 2013 | July 30, 2013 |
| Expert Disclosure | June 3, 2013 | August 19, 2013 |
| Supplemental Expert | July 8, 2013 | September 23, 2013 |
| Expert Discovery | August 9, 2013 | October 23, 2013 |

///

///

///

///

Stipulation to Continue Scheduling Order
Dates and Order

1    In the alternative, if it is the Court's preference that the parties stipulate to continue

2  each and every date listed within the Scheduling Order the requested additional 75 days, a

3  further amended stipulation shall be filed.

4                                            Respectfully submitted,

5  DATED:  April 22, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney
6

7                                            /s/ Heather Mardel Jones

8                                            HEATHER MARDEL JONES
                                             Assistant United States Attorney
9

10
   DATED:  April 22, 2013                    /s/ Michael P. Mears
11                                           MICHAEL P. MEARS
                                             Attorney for Claimants Tim Tran,
12                                           Karen Chhan, and Wilson Mobil, Inc.
                                             (Original signature retained by attorney)
13

14                                  **ORDER**

15    All discovery dates currently set forth in the Court's August 2, 2012 Scheduling

16  Order (Doc. 15) shall be rescheduled to those dates stipulated to by the parties, as set forth

17  hereinabove.

18
   IT IS SO ORDERED.
19

20    Dated:   **April 22, 2013**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Stipulation to Continue Scheduling Order
                                             Dates and Order